**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAI RODRIGUEZ HERNANDEZ,<br>Petitioner,<br>v.<br>SECRETARY OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. ED CV 26-3747 FMO (JDE)<br><br>**ORDER RE: FURTHER PROCEEDINGS** |

The court is in receipt of petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 (Dkt. 1, "Petition"), and Ex Parte Application for Temporary Restraining Order (Dkt. 2, "TRO Application"). To facilitate prompt resolution of this action, IT IS ORDERED THAT:

1. This action has been referred to the assigned Magistrate Judge pursuant to General Order 05-07. Each party may file objections to the findings and recommendations made by the Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Given the nature of the relief sought in the Petition, the Magistrate Judge should set a shortened objection period, taking into account petitioner's pro se status. See United States v. Barney, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (holding that a district court may shorten the time for filing objections where exigencies existed). Unless otherwise ordered, by this court or the Magistrate Judge, untimely objections will not be considered.

2. The parties have complied with the briefing schedule set forth in General Order 26-05.

3. Petitioner's TRO Application **(Document No. 2)** is **denied without prejudice**, as petitioner has not shown "imminent, irreparable harm that cannot be addressed under the standard scheduling order or by expediting the briefing schedule." General Order 26-05 at 5.

4. Petitioner shall not be removed from the Central District of California pending further order of the court. Respondents are cautioned that sanctions may be imposed if respondents take any action impairing petitioner's ability to obtain complete relief.

Dated this 12th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge